UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------------------X

| | |
|---|---|
| DON EDWARD AYERS and GLENDA AYERS, | **SECOND** |
| PATRICIA ANN BANKS, | **AMENDED VERIFIED** |
| **TONY BARNETT as the Proposed Executor for the Estate of** | **COMPLAINT** |
| **JEANNIE T. BARNETT,** | |
| JIMMY WAYNE BEARDEN and PATRICIA BEARDEN, | |
| BETTYE JOYCE BELLETON and LARRY BELLETON, | **Docket No.**: 01CIV3905 |
| DEBORAH BESTER, | |
| ED BOYD JR. and MARY BOYD, | **JURY TRIAL DEMANDED** |
| SHIRLEY MAE BOYKIN and HOWARD BOYKIN, | |
| ROSIE MAE BRACKETT, | **JUDGE WEINSTEIN** |

ESTELLA J. BROWN,
FRANKLIN G. BRYANT and JANIE BRYANT,
LEON BURNS and DOROTHY BURNS,
ELIZABETH CARR,
FRANKIE CHEFFEN and JIMMY CHEFFEN,
GENE M. CHINGOLANI,
LORETTA CLEGG and TREY CLEGG,
EVIE CODY and ELFORD CODY,
GENEVA B. COFFMAN,
**MARGARET R. COLEMAN as the  Administratrix for the**
**Estate of WELTON COLEMAN and MARGARET R.**
**COLEMAN as the Proposed Executrix for the Estate of**
**PEGGY COLEMAN,**
CORA MAXINE COLLINS,
DOROTHY J. CORNICE,
SUSIE BERNICE CRAIG,
BETTY DAVENPORT,
MARJORIE P. DAVIS and JAMES DAVIS,
WILLIE DAVIS,
GEARLDINE SADLER DILWORTH,
RICHARD DONALD,
IVA MAE DUNN,
ANNA M. EASON,
ERNEST EDWARDS, as Proposed Administrator for the Estate of
EMMA LEE EDWARDS and ERNEST EDWARDS, Individually,
JUDITH C. EIFERT,
ARDELL EPPERSON and BETTY EPPERSON,
HENRY EPPERSON and DOROTHY EPPERSON,
WILLIE N. FLOWERS JR. and UNICE FLOWERS,
JAMES FLOWERS,
AL JEWELL FORT,
RICHARD L FOSTER and TERRY FOSTER,
ALMA MARIE FOWLER and DAVID FOWLER,
**JAMES FRASURE SR. as the Administrator for the Estate of**
**NORMA FRASURE and JAMES FRASURE SR., Individually,**
JOHHNY K. GARNER and DEBBIE GARNER,
BEATRICE S. GILL and ELBERT GILL,
DON GREEN and ROBIN GREEN,
**ANNICK Y. MALVIN as the  Administratrix for the Estate of**

**SANDRA JEAN GREEN**,
ORANGE GREENLAW,
MAE HAMMONDS and EARL HAMMONDS,
MARVA HARPER as Administratrix for the Estate of MARY
FRANCES HARPER,
JOHN OBERY HART SR.,
JOHN WILLIAM HAYES and MARGARET HAYES,
**GRACIE HERRON as the Administratrix for the Estate of**
**RUSSELL FRANKLIN HERRON,**
LARRY C. HICKS and ROSIE HICKS,
JAMES R. HOPKINS and KIMBERLY HOPKINS,
**THOMAS GREEN as the Proposed Executor for the Estate of**
**REBECCA BRIGANCE HUGHES,**
MILDRED MARIE JACKSON,
BETTYE W. JEFFERIES and EMMETT JEFFRIES,
CHARLES CURTIS JENKINS and DOROTHY JENKINS,
JARRELL DEWAYNE JOHNSON and AUDREY JOHNSON,
JEANETTE LEE JOHNSON and DAVID JOHNSON,
JOE HENRY JOHNSON and MARSHEL JOHNSON,
MARY N. JOHNSON,
RUBY RUTH JOHNSON and JOHN JOHNSON,
BETTY JEAN JONES and ISAAC JONES,
HERMAN L. JONES and MARY JONES,
IDA MARY JONES,
JIMMY JONES,
MERCEREE H. JONES,
NORMA JEAN JONES and D.E. JONES,
TOMMY JONES,
DEBORAH ANN JOWERS,
CALVIN WAYNE KINNAIRD and LINDA KINNAIRD,
PEARL KNIGHT,
ANNIE MARIE LACY and ERVIN LACY,
JANICE MARIE LEDBETTER,
ELSIE MAE LEE,
B.L. LITTLE and LOUBERTHA LITTLE,
MARY PERRY LOVELACE and BOBBY LOVELACE,
VILETTA ELIZABETH MALLORY,
CHYANNE GREEN MARBLE,
BENJAMIN MARTIN and ERNESTINE MARTIN,
EARNESTINE B. MARTIN and LARRY MARTIN,
WILLARD A. SPARKS JR. and NINA SPARKS,
LARRY ROGER SPARKS,
THOMAS J. STATON,
JAMES G. STEPHENSON and GUSSIE STEPHENSON,
JAMES ALLEN STURMAN,
MARYLYN R. SUMMONS,
OLLIE ELWANDA TAYLOR,
RICHARD LEE THOMPSON and JANE THOMPSON,
SAMMY DON TILLEY,
DOROTHY L. TODD and DAVID TODD,
LEE ROY TODD and NELSCLINE TODD,
MELVIN L. TURNER and JODY TURNER,

PATSY RUTH WALKER,
DIANNE WALLS,
CELESTIAL B. WEST,
LUCILLE F. WILLIAM and CLESTER WILLIAMS,
EARNESTINE WILLIAMS,
ROSIE LEE WILLIAMS and TOMMY WILLIAMS,
**MARICE WILSON as the Administratrix for the Estate of**
**BILLY RAY WILSON and MARICE WILSON, Individually,**
WALTER P. WIMMER and MARIE WIMMER,
FRANCES YARBROUGH and MALACHI YARBROUGH,

Plaintiff(s),

-against-

A.C. and S., INC. (ARMSTRONG CONTRACTING &
        SUPPLY),
A.P. GREEN INDUSTRIES, INC. f/k/a A.P. GREEN
REFRACTORIES COMPANY,
A.P. GREEN SERVICES, INC., successor to BIGELOW, f/d/b
LIPTAK,
A.W. CHESTERTON COMPANY,
AMCHEM PRODUCTS, INC., n/k/a RHONE POULENC AG
COMPANY,
n/k/a BAYER CROPSCIENCE INC,
AMERICAN OPTICAL CORPORATION,
AMERICAN STANDARD, INC.,
ANCHOR PACKING COMPANY,
BMCE INC., f/k/a UNITED CENTRIFUGAL PUMP,
BURNHAM, LLC as successor to BURNHAM CORPORATION,
CERTAIN TEED CORPORATION,
CLEAVER BROOKS COMPANY, INC.,
CONGOLEUM CORPORATION,
CRANE CO.,
DANA CORPORATION,
DB RILEY, INC.,
DRESSER INDUSTRIES, INC.,
DURABLA MANUFACTURING COMPANY,
FOSTER WHEELER, L.L.C.,
FULTON BOILER WORKS, INC.,
GARLOCK SEALING TECHNOLOGIES LLC,
        f/k/a GARLOCK INC.,
GASKET HOLDINGS, INC., f/k/a FLEXITALLIC, INC.,
GENERAL ELECTRIC COMPANY,
GIBRALTAR INDUSTRIAL SERVICES, INC.,
GOODYEAR CANADA, INC.,
GOODYEAR TIRE AND RUBBER COMPANY,
GOULDS PUMPS, INC.,
H.B. FULLER COMPANY,
HARBISON-WALKER REFRACTORIES COMPANY,
I.U. NORTH AMERICA, INC.,

INGERSOLL-RAND COMPANY,
J.H. FRANCE REFRACTORIES COMPANY,
KAISER ALUMINUM & CHEMICAL CORPORATION,
KEELER-DORR-OLIVER BOILER COMPANY,
KENTILE FLOORS, INC.,
KOHLER CO.,
LOCKHEED MARTIN CORP.,
    as successor in interest to MARTIN
      MARIETTA CORP.,
    as successor in interest to AMERICAN MARIETTA
      CORP.,
MINNESOTA MINING & MANUFACTURING COMPANY,
MORSE DIESEL, INC.,
NATIONAL SERVICE INDUSTRIES, INC.,
NORTH AMERICAN REFRACTORIES COMPANY (NARCO),
NOSROC CORP.,
OAKFABCO, INC.,
OWENS-ILLINOIS, INC.,
PATTERSON KELLY DIVISION,
PATTERSON PUMP COMPANY,
PEERLESS HEATER CO., INC.,
PFIZER, INC. (PFIZER),
PLIBRICO COMPANY,
PORTER HAYDEN COMPANY,
PROKO INDUSTRIES, INC.,
QUIGLEY COMPANY, INC.,
RAPID-AMERICAN CORPORATION,
REYNOLDS METALS COMPANY,
    as successor in interest to
    ATLANTIC ASBESTOS CORP.,
SEQUOIA VENTURES, INC.,
    f/k/a BECHTEL CORPORATION,
T&N PLC,
THE OKONITE COMPANY, INC.,
U.S. RUBBER COMPANY (UNIROYAL),
UNION CARBIDE CORPORATION,
UNITED STATES GYPSUM COMPANY,
UNITED STATES MINERAL  PRODUCTS COMPANY,
VIACOM INC.,
    as successor by merger to CBS CORPORATION
    f/k/a WESTINGHOUSE ELECTRIC CORPORATION,
WEIL-MCLAIN,
    a division of THE MARLEY COMPANY,
WORTHINGTON CORPORATION,

                      Defendants
---------------------------------------------------------------------------X

Plaintiff(s) by their attorney(s) WEITZ & LUXENBERG, P.C., upon information and belief, at all times hereinafter mentioned allege as follows:

1.      Plaintiff(s),  DON EDWARD AYERS and GLENDA AYERS, is a resident and citizen of the State of Arkansas; PATRICIA ANN BANKS, is a resident and citizen of the State of Arkansas; Tony Barnett as the Proposed Executor for the Estate of Jeannie Barnett, is a resident and citizen of the State of Arkansas; JIMMY WAYNE BEARDEN and PATRICIA BEARDEN, is a resident and citizen of the State of Arkansas; BETTYE JOYCE BELLETON and LARRY BELLETON, is a resident and citizen of the State of Arkansas; DEBORAH BESTER, is a resident and citizen of the State of Arkansas; ED BOYD JR. and MARY BOYD, is a resident and citizen of the State of Arkansas; SHIRLEY MAE BOYKIN and HOWARD BOYKIN, is a resident and citizen of the State of Arkansas; ROSIE MAE BRACKETT, is a resident and citizen of the State of Michigan; ESTELLA J. BROWN, is a resident and citizen of the State of Arkansas; FRANKLIN G. BRYANT and JANIE BRYANT, is a resident and citizen of the State of Arkansas; LEON BURNS and DOROTHY BURNS, is a resident and citizen of the State of Michigan; ELIZABETH CARR, is a resident and citizen of the State of Arkansas; FRANKIE CHEFFEN and JIMMY CHEFFEN, is a resident and citizen of the State of Arkansas; GENE M. CHINGOLANI, is a resident and citizen of the State of Louisiana; LORETTA CLEGG and TREY CLEGG, is a resident and citizen of the State of Arkansas; EVIE CODY and ELFORD CODY, is a resident and citizen of the State of Arkansas; GENEVA B. COFFMAN, is a resident and citizen of the State of Arkansas; MARGARET R. COLEMAN as the  Administratrix for the Estate of WELTON COLEMAN and MARGARET R. COLEMAN as the Proposed Executrix for the Estate of PEGGY COLEMAN, is a resident and citizen of the State of Arkansas; CORA MAXINE COLLINS, is a resident and citizen of the State of Arkansas; DOROTHY J. CORNICE, is a resident and citizen of the State of Arkansas;

SUSIE BERNICE CRAIG, is a resident and citizen of the State of Arkansas; BETTY

DAVENPORT, is a resident and citizen of the State of Arkansas; MARJORIE P. DAVIS and

JAMES DAVIS, is a resident and citizen of the State of Arkansas; WILLIE DAVIS, is a resident

and citizen of the State of Arkansas; GEARLDINE SADLER DILWORTH, is a resident and

citizen of the State of Arkansas; RICHARD DONALD, is a resident and citizen of the State of

Ohio; IVA MAE DUNN, is a resident and citizen of the State of Arkansas; ANNA M. EASON,

is a resident and citizen of the State of Arkansas; ERNEST EDWARDS, as Proposed

Administrator for the Estate of EMMA LEE EDWARDS and ERNEST EDWARDS,

Individually, is a resident and citizen of the State of Arkansas; JUDITH C. EIFERT, is a resident

and citizen of the State of Arkansas; ARDELL EPPERSON and BETTY EPPERSON, is a

resident and citizen of the State of Michigan; HENRY EPPERSON and DOROTHY

EPPERSON, is a resident and citizen of the State of Arkansas; WILLIE N. FLOWERS JR. and

UNICE FLOWERS, is a resident and citizen of the State of Arkansas; JAMES FLOWERS, is a

resident and citizen of the State of Arkansas; AL JEWELL FORT, is a resident and citizen of the

State of Arkansas; RICHARD L FOSTER and TERRY FOSTER, is a resident and citizen of the

State of Arkansas; ALMA MARIE FOWLER and DAVID FOWLER, is a resident and citizen of

the State of Arkansas; JAMES FRASURE SR. as the Administrator for the Estate of NORMA

FRASURE and JAMES FRASURE SR., Individually, is a resident and citizen of the State of

Arkansas; JOHHNY K. GARNER and DEBBIE GARNER, is a resident and citizen of the State

of Arkansas; BEATRICE S. GILL and ELBERT GILL, is a resident and citizen of the State of

Arkansas; DON GREEN and ROBIN GREEN, is a resident and citizen of the State of Arkansas;

ANNICK Y. MALVIN as the  Administratrix for the Estate of SANDRA JEAN GREEN, is a

resident and citizen of the State of Arkansas; ORANGE GREENLAW, is a resident and citizen

of the State of Arkansas; MAE HAMMONDS and EARL HAMMONDS, is a resident and

citizen of the State of Arkansas; MARVA HARPER as Administratrix for the Estate of MARY FRANCES HARPER, is a resident and citizen of the State of Arkansas; JOHN OBERY HART SR., is a resident and citizen of the State of Arkansas; JOHN WILLIAM HAYES and MARGARET HAYES, is a resident and citizen of the State of Arkansas; GRACIE HERRON as the Administratrix for the Estate of RUSSELL FRANKLIN HERRON, is a resident and citizen of the State of Arkansas; LARRY C. HICKS and ROSIE HICKS, is a resident and citizen of the State of Arkansas; JAMES R. HOPKINS and KIMBERLY HOPKINS, is a resident and citizen of the State of Arkansas; THOMAS GREEN as the Proposed Executor for the Estate of REBECCA BRIGANCE HUGHES, is a resident and citizen of the State of Arkansas; MILDRED MARIE JACKSON, is a resident and citizen of the State of Arkansas; BETTYE W. JEFFERIES and EMMETT JEFFRIES, is a resident and citizen of the State of Arkansas; CHARLES CURTIS JENKINS and DOROTHY JENKINS, is a resident and citizen of the State of Arkansas; JARRELL DEWAYNE JOHNSON and AUDREY JOHNSON, is a resident and citizen of the State of Arkansas; JEANETTE LEE JOHNSON and DAVID JOHNSON, is a resident and citizen of the State of Arkansas; JOE HENRY JOHNSON and MARSHEL JOHNSON, is a resident and citizen of the State of Arkansas; MARY N. JOHNSON, is a resident and citizen of the State of Arkansas; RUBY RUTH JOHNSON and JOHN JOHNSON, is a resident and citizen of the State of Arkansas; BETTY JEAN JONES and ISAAC JONES, is a resident and citizen of the State of Arkansas; HERMAN L. JONES and MARY JONES, is a resident and citizen of the State of Arkansas; IDA MARY JONES, is a resident and citizen of the State of Arkansas; JIMMY JONES, is a resident and citizen of the State of Arkansas; MERCEREE H. JONES, is a resident and citizen of the State of Arkansas; NORMA JEAN JONES and D.E. JONES, is a resident and citizen of the State of Arkansas; TOMMY JONES, is a resident and citizen of the State of Arkansas; DEBORAH ANN JOWERS, is a resident and

citizen of the State of Arkansas; CALVIN WAYNE KINNAIRD and LINDA KINNAIRD, is a resident and citizen of the State of Arkansas; PEARL KNIGHT, is a resident and citizen of the State of Arkansas; ANNIE MARIE LACY and ERVIN LACY, is a resident and citizen of the State of Arkansas; JANICE MARIE LEDBETTER, is a resident and citizen of the State of Arkansas; ELSIE MAE LEE, is a resident and citizen of the State of Arkansas; B.L. LITTLE and LOUBERTHA LITTLE, is a resident and citizen of the State of Michigan; MARY PERRY LOVELACE and BOBBY LOVELACE, is a resident and citizen of the State of Arkansas; VILETTA ELIZABETH MALLORY, is a resident and citizen of the State of Arkansas; CHYANNE GREEN MARBLE, is a resident and citizen of the State of Michigan; BENJAMIN MARTIN and ERNESTINE MARTIN, is a resident and citizen of the State of Michigan; EARNESTINE B. MARTIN and LARRY MARTIN, is a resident and citizen of the State of Arkansas; WILLARD A. SPARKS JR. and NINA SPARKS, is a resident and citizen of the State of Michigan; LARRY ROGER SPARKS, is a resident and citizen of the State of Michigan; THOMAS J. STATON, is a resident and citizen of the State of Arkansas; JAMES G. STEPHENSON and GUSSIE STEPHENSON, is a resident and citizen of the State of Arkansas; JAMES ALLEN STURMAN, is a resident and citizen of the State of Arkansas; MARYLYN R. SUMMONS, is a resident and citizen of the State of Arkansas; OLLIE ELWANDA TAYLOR, is a resident and citizen of the State of Arkansas; RICHARD LEE THOMPSON and JANE THOMPSON, is a resident and citizen of the State of Arkansas; SAMMY DON TILLEY, is a resident and citizen of the State of Arkansas; DOROTHY L. TODD and DAVID TODD, is a resident and citizen of the State of Arkansas; LEE ROY TODD and NELSCLINE TODD, is a resident and citizen of the State of Arkansas; MELVIN L. TURNER and JODY TURNER, is a resident and citizen of the State of Arkansas; PATSY RUTH WALKER, is a resident and citizen of the State of Arkansas; DIANNE WALLS, is a resident and citizen of the State of Arkansas;

CELESTIAL B. WEST, is a resident and citizen of the State of Arkansas; LUCILLE F. WILLIAM and CLESTER WILLIAMS, is a resident and citizen of the State of Arkansas; EARNESTINE WILLIAMS, is a resident and citizen of the State of Arkansas; ROSIE LEE WILLIAMS and TOMMY WILLIAMS, is a resident and citizen of the State of Arkansas; MARICE WILSON as the Administratrix for the Estate of BILLY RAY WILSON and MARICE WILSON, Individually, is a resident and citizen of the State of Arkansas; WALTER P. WIMMER and MARIE WIMMER, is a resident and citizen of the State of Arkansas; FRANCES YARBROUGH and MALACHI YARBROUGH, is a resident and citizen of the State of Arkansas, and Defendants are of diverse citizenship in that Defendants are incorporated in and have their principal place of business in states other than those in which plaintiffs are citizens  as stated in the  NYAL Weitz & Luxenberg, P.C. Federal Standard Asbestos Complaint for Personal Injury No. 1 and  NYAL Weitz & Luxenberg, P.C. Federal Standard Asbestos Complaint for Wrongful Death No. 1.

  2.  The amount in controversy exceeds  75,000.00 for each Plaintiff;

  3.  Defendant AMCHEM PRODUCTS, INC., n/k/a RHONE POULENC AG COMPANY, n/k/a BAYER CROPSCIENCE INC, was and still is a duly organized domestic corporation doing business in the State of New York.

  4.  Defendant AMCHEM PRODUCTS, INC., n/k/a RHONE POULENC AG COMPANY, n/k/a BAYER CROPSCIENCE INC, was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

  5.  Defendant AMERICAN OPTICAL CORPORATION, was and still is a duly organized domestic corporation doing business in the State of New York.

6.     Defendant AMERICAN OPTICAL CORPORATION, was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

7.     Defendant CERTAIN TEED CORPORATION, was and still is a duly organized domestic corporation doing business in the State of New York.

8.     Defendant CERTAIN TEED CORPORATION, was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

9.     Defendant CRANE CO., was and still is a duly organized domestic corporation doing business in the State of New York.

10.     Defendant CRANE CO., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

11.     Defendant DB RILEY, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

12.     Defendant DB RILEY, INC., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

13.     Defendant I.U. NORTH AMERICA, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

14.     Defendant I.U. NORTH AMERICA, INC., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

15.    Defendant LOCKHEED MARTIN CORP., as successor in interest to MARTIN MARIETTA CORP., as successor in interest to AMERICAN MARIETTA CORP., was and still is a duly organized domestic corporation doing business in the State of New York.

16.    Defendant LOCKHEED MARTIN CORP., as successor in interest to MARTIN MARIETTA CORP., as successor in interest to AMERICAN MARIETTA CORP., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

17.    Defendant NATIONAL SERVICE INDUSTRIES, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

18.    Defendant NATIONAL SERVICE INDUSTRIES, INC., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

19.    Defendant NOSROC CORP., was and still is a duly organized domestic corporation doing business in the State of New York.

20.    Defendant NOSROC CORP., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

21.    Defendant PATTERSON PUMP COMPANY, was and still is a duly organized domestic corporation doing business in the State of New York.

22.    Defendant PATTERSON PUMP COMPANY, was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

23.     Defendant REYNOLDS METALS COMPANY, as successor in interest to ATLANTIC ASBESTOS CORP., was and still is a duly organized domestic corporation doing business in the State of New York.

24.     Defendant REYNOLDS METALS COMPANY, as successor in interest to ATLANTIC ASBESTOS CORP., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

<u>AS AND FOR A TENTH CAUSE OF ACTION</u>

25.     Plaintiff(s) repeats and reiterates the prior allegations of the  NYAL Weitz & Luxenberg, P.C. Federal Standard Asbestos Complaint for Personal Injury No. 1 and  NYAL Weitz & Luxenberg, P.C. Federal Standard Asbestos Complaint for Wrongful Death No. 1  as if alleged more fully below:

26.     Defendant(s)  MINNESOTA MINING & MANUFACTURING COMPANY and AMERICAN OPTICAL CORPORATION  were engaged in the business of manufacturing and selling respiratory devices commonly known as "dust masks".

27.     Defendant(s) MINNESOTA MINING & MANUFACTURING COMPANY and AMERICAN OPTICAL CORPORATION knew or in the exercise of reasonable diligence should have ascertained that  its "dust masks" would be used without inspection for defects, and by placing same on the market, represented that these masks would safely preclude the inhalation of asbestos fibers.

28.     The dust masks manufactured, distributed and sold by the Defendant(s) MINNESOTA MINING & MANUFACTURING COMPANY and AMERICAN OPTICAL CORPORATION were dangerous and defective, in that the same failed to protect against the inhalation of asbestos dust, as had been represented.

29.    The dust masks as designed, manufactured, distributed and marketed by the Defendant(s) MINNESOTA MINING & MANUFACTURING COMPANY and AMERICAN OPTICAL CORPORATION were placed into the stream of commerce in a defective, unsafe and inherently dangerous condition, at the time they left the hands of the Defendants, and were expected to, and did, reach the intended users including this Plaintiff(s) without substantial change in the condition in which these masks were originally manufactured and sold.

30.    The dust masks manufactured, sold and distributed by the Defendant(s) MINNESOTA MINING & MANUFACTURING COMPANY and AMERICAN OPTICAL CORPORATION did not contain adequate warnings, instructions for use or safety precautions to persons who reasonably and foreseeably came into contact with and otherwise used said masks.

31.    The Plaintiff(s) was unaware of the defects in the Defendants' dust masks which defects rendered these masks ineffective as protection against the inhalation of asbestos dust when utilized in the manner intended.

32.    As a direct and proximate result of the sale by the Defendant(s) MINNESOTA MINING & MANUFACTURING COMPANY and AMERICAN OPTICAL CORPORATION to the Plaintiff's employers and others of said defective and unreasonably dangerous dust masks, the Plaintiff(s) sustained serious and permanent asbestos related injuries and suffered a loss of enjoyment of his life.

33.    By reason of the foregoing, Plaintiff(s) has been damaged as against the Defendant(s)  MINNESOTA MINING & MANUFACTURING COMPANY and AMERICAN OPTICAL CORPORATION in the sum of Ten Million Dollars ($10,000,000.00) in compensatory damages and Ten Million Dollars ($10,000,000.00) in punitive damages.

34.    Plaintiff(s), DON EDWARD AYERS and GLENDA AYERS, et. al., repeats and realleges  NYAL Weitz & Luxenberg, P.C. Federal Standard Asbestos Complaint for Personal Injury No. 1 and  NYAL Weitz & Luxenberg, P.C. Federal Standard Asbestos Complaint for Wrongful Death No. 1  as if fully incorporated herein, except as to the extent it may be inconsistent with the allegations herein.

35.    Plaintiff(s) demand a trial by jury.

Dated,        July 21, 2004
              New York, New York                        Respectfully submitted,

                                                        WEITZ & LUXENBERG, P.C.
                                                        Attorneys for Plaintiff(s)


                                                        _____
                                                        By:  Lisa Busch
                                                        180 Maiden Lane
                                                        New York, New York 10038
                                                        (212) 558-5500

**DEFENDANTS' RIDER**

Paul Slater Esq.
Richard O'Leary Esq.
MCCARTER & ENGLISH, LLP
245 Park Avenue
27th Floor
New York, NY 10167
Attorneys for Defendant:
        **A.C. and S., INC. (ARMSTRONG CONTRACTING &**
            **SUPPLY)**
        **AMERICAN OPTICAL CORPORATION**
        **UNITED STATES MINERAL  PRODUCTS COMPANY**

Unknown at Present Time
Attorneys for Defendant:
        **A.P. GREEN INDUSTRIES, INC. f/k/a A.P. GREEN REFRACTORIES**
COMPANY

Julie Evans Esq.
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
150 East 42nd Street
New York, NY 10017
Attorneys for Defendant:
        **A.P. GREEN SERVICES, INC., successor to BIGELOW, f/d/b LIPTAK**
        **A.W. CHESTERTON COMPANY**

Judith Yavitz Esq.
ANDERSON, KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, NY 10020
(212) 278-1000
fax:(212) 278-1733
Attorneys for Defendant:
        **AMCHEM PRODUCTS, INC., n/k/a RHONE POULENC AG COMPANY,**
            **n/k/a BAYER CROPSCIENCE INC**
        **CERTAIN TEED CORPORATION**
        **DANA CORPORATION**
        **I.U. NORTH AMERICA, INC.**
        **NATIONAL SERVICE INDUSTRIES, INC.**
        **NOSROC CORP.**
        **T&N PLC**
        **UNION CARBIDE CORPORATION**
        **UNITED STATES GYPSUM COMPANY**

Madina Abbasova Esq
MCGUIRE WOODS LLP
1345 Avenue of the Americas
7th Floor
New York, NY 10105
(212) 548-2100
fax:(212) 548-2150
Attorneys for Defendant:
  **AMERICAN STANDARD, INC.**

Theodore  Eder  Esq
SEGAL, MCCAMBRIDGE, SINGER & MAHONEY
805 Third Avenue
19th Floor
New York, NY 10022
(215) 972-8015
Attorneys for Defendant:
  **ANCHOR PACKING COMPANY**
  **GARLOCK SEALING TECHNOLOGIES LLC,**
   **f/k/a GARLOCK INC.**

Anna DiLonardo Esq.
L'ABBATE, BALKAN, COLAVITA & CONTINI, LLP
1050 Franklin Avenue
Garden City, NY 11530
(516) 294-8844
fax:(516) 294-8202
Attorneys for Defendant:
  **BMCE INC., f/k/a UNITED CENTRIFUGAL PUMP**
  **BURNHAM, LLC as successor to BURNHAM CORPORATION**
  **LOCKHEED MARTIN CORP.,**
   **as successor in interest to MARTIN**
   **MARIETTA CORP.,**
   **as successor in interest to AMERICAN MARIETTA**
   **CORP.**
  **PEERLESS HEATER CO., INC.**
  **PROKO INDUSTRIES, INC.**
  **THE OKONITE COMPANY, INC.**

Joseph  Carlisle Esq
Mary Ellen  Connor  Esq
William  Bradley Esq
MALABY CARLISLE & BRADLEY LLC
150 Broadway
Suite 600
New York, NY 10038
(212) 791-0285
Attorneys for Defendant:
        **CLEAVER BROOKS COMPANY, INC.**
        **FOSTER WHEELER, L.L.C.**
        **J.H. FRANCE REFRACTORIES COMPANY**
        **MORSE DIESEL, INC.**
        **VIACOM INC.,**
           **as successor by merger to CBS CORPORATION**
           **f/k/a WESTINGHOUSE ELECTRIC CORPORATION**
        **WEIL-MCLAIN,**
           **a division of THE MARLEY COMPANY**

Steven Garry Esq.
COSTELLO, SHEA & GAFFNEY, LLP
44 Wall Street
New York, NY 10005
(212) 483-9600
Attorneys for Defendant:
        **CONGOLEUM CORPORATION**

Lisa Pascarella Esq.
HARRIS BEACH LLP
805 Third Avenue
20th Floor
New York, NY 10022
(212) 687-0100
fax:(212) 687-0659
Attorneys for Defendant:
        **CRANE CO.**

Donald  Fay Esq
WATERS, MCPHERSON & MCNEIL
300 Lighting Way, 7th Floor
P.O. Box 1560
Secaucus, NJ 07096
Attorneys for Defendant:
        **DB RILEY, INC.**

Andrew P. Fishkin Esq.
EDWARDS & ANGELL, LLP
750 Lexington Avenue
New York, NY 10022
Attorneys for Defendant:
        **DRESSER INDUSTRIES, INC.**
        **WORTHINGTON CORPORATION**

Lori Anne Fee Esq.
CLEMENTE, MUELLER & TOBIA, P.A.
218 Ridgedale Avenue
P.O. Box 1296
Morristown, NJ 07962
Attorneys for Defendant:
   **DURABLA MANUFACTURING COMPANY**

Suzanne Halbardier Esq.
BARRY, MCTIERNAN & MOORE
2 Rector Street
14th Floor
New York, NY 10006
(212) 608-8999
fax:(212) 608-8901
Attorneys for Defendant:
   **FULTON BOILER WORKS, INC.**

Timothy McCann Esq.
COBLENCE & WARNER
415 Madison Avenue
New York, NY 10017
(212) 593-8000
fax:(212) 593-9058
Attorneys for Defendant:
   **GASKET HOLDINGS, INC., f/k/a FLEXITALLIC, INC.**

Michael Tanenbaum Esq
SEDWICK, DETERT, MORAN & ARNOLD LLP
One Gateway Center, 11th Floor
Newark, NJ 07102-5311
(973) 242-0002
fax:(973) 242-8099
Attorneys for Defendant:
   **GENERAL ELECTRIC COMPANY**

Unknown at Present Time
Attorneys for Defendant:
   **GIBRALTAR INDUSTRIAL SERVICES, INC.**

Jason Cohen Esq.
FLEMMING, ZULACK & WILLIAMSON
One Liberty Plaza
35th Floor
New York, NY 10006
Attorneys for Defendant:
   **GOODYEAR CANADA, INC.**
   **GOODYEAR TIRE AND RUBBER COMPANY**

John J. Fanning Esq.
CULLEN AND DYKMAN BLEAKLEY PLATT, LLP
177 Montague Street
Brooklyn, NY 11201
Attorneys for Defendant:
**GOULDS PUMPS, INC.**

Stephen Fowler Esq.
PULLIN, FOWLER & FLANAGAN PLLC
1000 Bank One Center
707 Virginia Street, East
Charleston, WV 25301
Attorneys for Defendant:
**H.B. FULLER COMPANY**

Unknown at Present Time
Attorneys for Defendant:
**HARBISON-WALKER REFRACTORIES COMPANY**

Lisa  Pascarella Esq
PEHLIVANIAN & BRAATEN, LLC
Paynters Ridge Office Park
2430 Route 34 - P.O. Box 648
Manasquan, NJ 08736
(732) 528-8888
fax:(732) 528-4445
Attorneys for Defendant:
**INGERSOLL-RAND COMPANY**

Linda Yassky Esq.
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 398-5800
fax:(212) 398-5245
Attorneys for Defendant:
**KAISER ALUMINUM & CHEMICAL CORPORATION**
**RAPID-AMERICAN CORPORATION**

Richard Marin Esq.
MARIN GOODMAN, LLP
40 Wall Street
57th Floor
New York, NY 10005
(212) 661-1151
fax:(212) 661-1141
Attorneys for Defendant:
**KEELER-DORR-OLIVER BOILER COMPANY**

Sandy Gropper
Insurance Claims Administrator
31 East 28th Street
New York, NY 10016
(212) 683-1447
fax:(212) 213-3732
Attorneys for Defendant:
**KENTILE FLOORS, INC.**

Marc Gaffrey Esq.
HOAGLAND, LONGO, MORAN, DUNST & DOUKAS
40 Patterson Street
P.O. Box 480
New Brunswick, NJ 08903
(732) 545-4717
fax:(732) 545-4579
Attorneys for Defendant:
**KOHLER CO.**

Frank Quinn Esq.
Michelle Regan Esq.
LAVIN, COLEMAN, O'NEIL, RICCI, FINARELLI & GRAY
420 Lexington Avenue
Suite 2900 - Graybar Building
New York, NY 10170
Attorneys for Defendant:
**MINNESOTA MINING & MANUFACTURING COMPANY**

James Butler Esq.
591 Summit Avenue
Jersey City, NJ 07306
(201) 653-0741
fax:(201) 653-3673
Attorneys for Defendant:
**NORTH AMERICAN REFRACTORIES COMPANY (NARCO)**

Barbara Kelly Esq
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER
33 Washington Street
Newark, NJ 07102
Attorneys for Defendant:
**OAKFABCO, INC.**

Paul  Scrudato Esq
SCHIFF HARDIN & WAITE
623 5th Avenue
28th Floor
New York, NY 10022
(212) 753-5000
Attorneys for Defendant:
**OWENS-ILLINOIS, INC.**

Samuel  Goldblatt Esq
NIXON PEABODY LLP
1600 Main Place Tower
Buffalo, NY 14202
(716) 853-8121
fax:(716) 853-8109
Attorneys for Defendant:
      **PATTERSON KELLY DIVISION**

Lawrence McGivney Esq.
MCGIVNEY, KLUGER & GANNON, P.C.
80 Broad Street
23rd Floor
New York, NY 10004
(212) 233-1550
fax:(212) 233-4987
Attorneys for Defendant:
      **PATTERSON PUMP COMPANY**
      **PLIBRICO COMPANY**

John Hooper Esq.
EDWARDS & ANGELL
750 Lexington Avenue
New York, NY 10022
Attorneys for Defendant:
      **PFIZER, INC. (PFIZER)**
      **QUIGLEY COMPANY, INC.**

Jennifer  Darger Esq.
HANLY & CONROY, LLP
415 Madison Avenue
New York, NY 10017
(212) 401-7600
fax:(212) 401-7630
Attorneys for Defendant:
      **PORTER HAYDEN COMPANY**

Robert Rolfe Esq.
HUNTON & WILLIAMS
Riverfront Plaza - East Tower
951 East Byrd Street
Richmond, VA 23219
Attorneys for Defendant:
      **REYNOLDS METALS COMPANY,**
        **as successor in interest to**
        **ATLANTIC ASBESTOS CORP.**

Dan Moretti Esq
LANDMAN, CORSI, BALLAINE & FORD P.C.
120 Broadway
27th Floor
New York, NY 10271-0079
Attorneys for Defendant:
       **SEQUOIA VENTURES, INC.,**
         **f/k/a BECHTEL CORPORATION**

Norman Senoir Esq.
GREENFIELD, STEIN & SENOIR
600 Third Avenue, 11th Floor
New York, NY 10016
Attorneys for Defendant:
       **U.S. RUBBER COMPANY (UNIROYAL)**

Docket No.:01CIV3905

UNITED STATES DISTRICT COURT
EASTERN DISTRICT  OF  NEW YORK
=======================================================================================

DON EDWARD AYERS and GLENDA AYERS, et. al.,

Plaintiff(s),

-against-

A.C. and S., INC. (ARMSTRONG CONTRACTING &
    SUPPLY), et. al.,

Defendants.
=======================================================================================

**SECOND AMENDED SUMMONS and SECOND AMENDED VERIFIED COMPLAINT**

=======================================================================================

**WEITZ & LUXENBERG, P.C.**
Attorneys for PLAINTIFFS
**180 Maiden Lane**
**New York, NY  10038**
**212-558-5500**

=======================================================================================
To
Attorney(s) for
=======================================================================================
Service of a copy of the within
        is hereby admitted.
Dated,
July 21, 2004
…………………………………………………………………………………………………………………...………….
Attorney(s) for